**FEDERAL INSURANCE COMPANY,**
**Plaintiff–Appellee,**

v.

**GOLDEN EAGLE INSURANCE**
**CORPORATION, Defendant–**
**Appellant.**

**Federal Insurance Company,**
**Plaintiff–Appellant,**

v.

**Golden Eagle Insurance Corporation,**
**Defendant–Appellee.**

**Nos. 09–55906, 09–55925.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 8, 2010.

Filed July 8, 2010.

Gerald L. McMahon, Esquire, Michael G. Nardi, Esquire, Seltzer Caplan McMahon Vitek, San Diego, CA, for Plaintiff–Appellee.

Richard P. Edwards, Edwards & Hunter, San Diego, CA, for Defendant–Appellant.

Before: TROTT and W. FLETCHER, Circuit Judges, and BREYER, District Judge.*

* The Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.

**MEMORANDUM** **

We affirm for the reasons stated by the district court in the three orders relevant to this case. Those orders are (1) Order Granting in Part and Denying in Part Plaintiff's and Defendant's Motions for Summary Judgment, dated May 14, 2009; (2) Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendant's Motion for Summary Judgment, dated June 26, 2007; and (3) Order Denying Defendant's Motion to Dismiss, dated May 12, 2006.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.